DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NUR CLARKE,**
Appellant,

v.

**NORTHWEST MEDICAL CENTER, INC.,**
Appellee.

No. 4D19-2780

[December 9, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Patti Englander Henning, Judge; L.T. Case No. 15-20071 CACE (26).

Joel S. Perwin of Joel S. Perwin, P.A., Miami Beach; and Scott S. Liberman, Ivan F. Cabrera and Brent M. Reitman of Liberman, Cabrera, Thompson & Reitman, PLLC, Fort Lauderdale, for appellant.

Alyssa M. Reiter of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for appellee.

Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, Amicus Curiae for Florida Justice Association.

PER CURIAM.

*Affirmed. See McPherson v. Phillips*, 877 So. 2d 755, 758 (Fla. 4th DCA 2004) ("The language of the statute demonstrates the discretion and flexibility accorded to a trial judge in fashioning a remedy for failing to comply with Chapter 766.").

GROSS, CIKLIN, JJ., and BELL, CAROLYN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***